March 30, 2012

Mr. J. David Breemer
Pacific Legal Foundation
930 G Street
Sacremento, CA 95814

Mr. Barry C. Willey
Galveston County Legal Department
722 Moody, Fifth Floor
Galveston, TX 77550
Mr. Arthur Cleveland D'Andrea
Assistant Solicitor General
P.O. Box 12548 (MC059)
Austin, TX 78711-2548

RE: Case Number: 09-0387
 Court of Appeals Number:
 Trial Court Number: 07-20409

Style: CAROL SEVERANCE
 v.
 JERRY PATTERSON, COMMISSIONER OF THE TEXAS GENERAL LAND OFFICE; GREG
 ABBOTT, ATTORNEY GENERAL FOR THE STATE OF TEXAS; AND KURT SISTRUNK,
 DISTRICT ATTORNEY FOR THE COUNTY OF GALVESTON, TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued opinions in the above-
referenced cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367. (Chief
Justice Jefferson not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Charles F. Fulbruge III, Clerk|
| | |
| |Mr. Richard McLaughlin J.S.D., |
| |LL.M., J.D. |
| |Ms. Patricia H. Janki M.D. |
| |Mrs. Evelyn Clark |
| |Ms. Marie B. McDonald |
| |Ms. Joyce Bowman |
| |Mr. Dewey A. Doga Jr. |
| |Mr. Luis Decker |